IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAMILES CREWS-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:13-cv–01816-KOB-PWG ) |
| WARDEN CHERYL PRICE *et al.*, | ) ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report on March 4, 2014, recommending that this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1). (Doc. 9). The plaintiff filed objections to the report and recommendation on March 17, 2014. (Doc. 10).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the plaintiff's objections, the court finds that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted. A Final Judgment will be entered contemporaneously.

DONE and ORDERED this 1st day of April, 2014.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE